### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### Magistrate Judge Kathleen M. Tafoya

**Civil Action No.** 11-cv-01360-WYD-KMT          FTR - Courtroom C-201

**Date:** January 17, 2012                                           Deputy Clerk, Nick Richards


MARY ZINN-HOSHIJO,                                              Bradley John Sherman

        Plaintiff,

v.

COMMITTEE FOR CATHOLIC SECONDARY          Nicole J. Ruth
EDUCATION IN COLORADO SPRINGS, a
Colorado nonprofit corporation d/b/a ST.
MARY'S HIGH SCHOOL,

        Defendant.

---

### COURTROOM MINUTES / MINUTE ORDER

**MOTION HEARING**
**Court in session: 1:31 p.m.**
Court calls case.  Appearances of counsel.

Motion Hearing is called regarding Plaintiff's Motion to Compel [Doc. No. 28, filed December 22, 2011].

Oral argument from plaintiff.
Oral argument from defendant.

It is **ORDERED**:       Plaintiff's Motion to Compel [28] is **GRANTED**.  Defense counsel shall provide the personnel files of Christina Badilla, Nora Frederick, and Gerinela Ford to plaintiff's counsel on or before January 24, 2012.  However, documents relating to health information, medical benefits, leave taken for medical reasons, and social security numbers shall be redacted from the files. The files will be produced under the Protective Order in this case as confidential and will not be filed on the record.

                      The court will not award sanctions and fees in this matter.

**Court in Recess: 1:52 p.m.**
Hearing concluded.
Total In-Court Time    00:21

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.