**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate Judge Kathleen M. Tafoya**

**Civil Action No.** 11-cv-01360-WYD-KMT FTR - Courtroom C-201

**Date:** May 18, 2012 Deputy Clerk, Nick Richards

MARY ZINN-HOSHIJO, Donna E. Dell'Olio

Plaintiff,

v.

COMMITTEE FOR CATHOLIC SECONDARY EDUCATION IN COLORADO SPRINGS, a Colorado nonprofit corporation d/b/a ST. MARY'S HIGH SCHOOL, Nicole J. Ruth

Defendant.

---

**COURTROOM MINUTES / MINUTE ORDER**

---

**MOTION HEARING**
**Court in session: 10:11 a.m.**
Court calls case. Appearances of counsel.

Motion Hearing called regarding Defendant's Motion Seeking Determination as to Confidentiality of Pay Information [Doc. No. 57, filed February 10, 2012], Plaintiff's Motion to Compel and for Sanctions Pursuant to Fed. R. Civ. P. 37 for Withholding Relevant Evidence [Doc. No. 80, filed March 30, 2012], Plaintiff's Motion to Compel Educational Transcripts and Release and for Sanctions Pursuant to Fed. R. Civ. P. 37 for Withholding Relevant Evidence [Doc. No. 94, filed May 7, 2012], and Plaintiff's Motion to Modify Scheduling Order (Doc. #15) for Good Cause [Doc. No. 97, filed May 8, 2012].

Oral argument from defendant.
Oral argument from plaintiff.

It is **ORDERED**: Defendant's Motion Seeking Determination as to Confidentiality of Pay Information [57] is **DENIED**. The name and pay rate as to Gustavo Nader shall no longer be held as confidential for the applicable period. The Clerk of Court is therefore directed to un-restrict Motion to Amend Complaint [Doc. No. 37, filed January 23,

2012], Motion to Modify Scheduling Order for Good Cause [Doc. No. 28, filed January 23, 2012], Exhibits to the Reply to the Motion to Amend Complaint [Doc. No. 55, filed February 10, 2012] and Amended Complaint [Doc. No. 68, filed February 27, 2012].

If the parties believe, in light of this order, other documents have been restricted due to Mr. Nader's pay information, a joint motion may be filed to un-restrict the appropriate documents.

With respect to Cristina Badilla, Gerinela Ford, and Nora Frederick, pay information will be provided as to those individuals with the individual's names coded by a system of defendant's choosing. The coding system will be provided to plaintiff and placed under restriction. Hereafter, any public document containing pay information as to these individuals will be submitted with the code terms utilized, therefore negating that ground for otherwise restricting a publically filed document.

It is **ORDERED**: Plaintiff's Motion to Compel [80] is **GRANTED IN PART AND DENIED IN PART**. The motion is **GRANTED** as to employee contracts dating to the 2005/2006 school year, the first year the primary comparator was employed. The motion is **DENIED** as to sanctions.

It is **ORDERED**: Plaintiff's Motion to Compel [94] is **GRANTED IN PART AND DENIED IN PART**. The motion is **GRANTED** as to Request for Production No. 22. All certificates or transcripts of education in all teacher personnel files from 2005/2006-present shall be produced. The motion is **DENIED** as to Request for Production No. 23 and sanctions.

Defense counsel shall produce the documents discussed during this hearing on or before June 18, 2012.

It is **ORDERED**: Plaintiff's Motion to Modify Scheduling Order [97] is **GRANTED**. The Discovery cut-off deadline is extended to July 18, 2012 only for the purposes of the production of documents discussed in connection with this hearing and the taking of the depositions of Ms. Patty Beckert and Mr. Michael Bandini ONLY. The depositions will occur sometime between June 18 and July 18. The Dispositive motion deadline of May 27, 2012 is **VACATED** and reset to July 27, 2012. The Final Pretrial Conference set for July 30, 2012 at 9:30 a.m. is **VACATED** and reset for September 27, 2012 at 9:30 a.m.

**Court in Recess: 11:09 a.m.**
Hearing concluded.
Total In-Court Time    00:58

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.