IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   11-cv-01360-WYD-KMT

MARY ZINN-HOSHIJO,

    Plaintiff,

v.

COMMITTEE FOR CATHOLIC SECONDARY EDUCATION IN COLORADO SPRINGS, a Colorado nonprofit corporation d/b/a ST. MARY'S HIGH SCHOOL,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER comes before the Court by stipulation. The Court having reviewed the stipulation, it is hereby

ORDERED that the Stipulation of Dismissal [ECF No. 109], filed August 1, 2012, is **APPROVED** and this case is **DISMISSED WITH PREJUDICE** pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, each party to bear her or its own attorneys' fees and costs.

Dated:  August 1, 2012

                                                   BY THE COURT:

                                                 s/ Wiley Y. Daniel
                                                 Wiley Y. Daniel
                                                 Chief United States District Judge